■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ALEXANDER CORREA, Appellant. [632 NYS2d 976] —Appeal by the defendant from a judgment of the Supreme Court, Kings County (Rappaport, J.), rendered September 8, 1994, convicting him of criminal sale of a controlled substance in the second degree, upon his plea of guilty, and imposing sentence.

Ordered that the judgment is affirmed.

We have examined the record and find that the defendant's plea of guilty was knowingly and voluntarily entered *(see, People v Harris,* 61 NY2d 9). Appellate review of the remaining issues raised by the defendant was effectively waived by him as part of his plea bargain. Accordingly, the judgment of conviction is affirmed *(see, People v Callahan,* 80 NY2d 273; *People v Seaberg,* 74 NY2d 1). Balletta, J. P., Rosenblatt, Pizzuto, Joy and Altman, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v KYLE CORRELL, Appellant. [632 NYS2d 977] —Application by the appellant for a writ of error coram nobis to vacate a decision and order of this Court dated August 8, 1994 *(People v Correll,* 207 AD2d 410), (1) affirming a judgment of the Supreme Court, Queens County (Eng, J.), rendered November 20, 1990, and a judgment of the same court (Berkowitz, J.), rendered December 6, 1990, and (2) modifying an amended judgment of the same court (Berkowitz, J.), also rendered December 6, 1990, on the ground of ineffective assistance of appellate counsel.

Ordered that the application is denied.

The defendant has failed to establish that he was denied the effective assistance of appellate counsel *(see, Jones v Barnes,* 463 US 745). Sullivan, J. P., Pizzuto, Joy and Friedmann, JJ., concur.